**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00616-REB-MJW

JASON VALENZUELA,

      Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC, a Kansas limited liability company,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter before me is the **Notice of Dismissal With Prejudice** [#6] filed May 15, 2009.  After reviewing the notice and the file, I conclude that the notice should be approved, that the Order To Show Cause should be discharged and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Notice of Dismissal With Prejudice** [#6] filed May 15, 2009, is **APPROVED**;

      2.  That the court's **Order To Show Cause** [#5] entered May 15, 2009, is **DISCHARGED**; and

      3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated May 18, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge